UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOCAL PRESS+BREW, LLC,<br><br>       Plaintiff,<br> v.<br><br>BREWED+PRESSED, LLC,<br><br>       Defendant. | Civil Action No. 3:17-CV-00314-N |

**JOINT STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Local Press+Brew, LLC ("Plaintiff") and Defendant Brewed+Pressed, LLC ("Defendant") (collectively "the Parties") hereby move for an order dismissing all of Plaintiff's claims against Defendant in this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  November 29, 2018

                 Respectfully submitted,

               By: /s/ John M. Jackson
                 John M. Jackson
                 Texas State Bar No. 24002340
                 Sara K. Borrelli
                 Texas State Bar No. 24037705
                 JACKSON WALKER, LLP
                 2323 Ross Avenue, Suite 600
                 Dallas, TX  75201
                 jjackson@jw.com
                 sborrelli@jw.com

               ***Attorneys for Plaintiff***

By: /s/ Samuel H. Johnson
Samuel H. Johnson
Texas State Bar No. 24065507
ROSENBERG JOHNSON & SPARKS
7161 Bishop Road, Suite 220
Plano, Texas 75024
sam@rjs-legal.com

*Attorney for Defendant*

## CERTIFICATE OF CONFERENCE

This will certify that, on November 28, 2018, the undersigned counsel conferred with Sam Johnson, counsel for Defendant, regarding the foregoing Stipulated Motion for Dismissal Without Prejudice. Mr. Johnson advised that his client agrees to the relief requested in the motion.

/s/ John M. Jackson
John M. Jackson

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on the 29th day of November, 2018 in compliance with L.R. 5.1 and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

/s/ John M. Jackson
John M. Jackson